UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ECKARD,

              Plaintiff,

    v.

DAVID WALTERS, et al.,

             Defendants.

Case No. C18-1258-RSM-JPD

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. James P. Donohue, United States Magistrate Judge:

Plaintiff is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 prisoner civil rights action. On January 25, 2019, plaintiff filed a motion to voluntarily dismiss this action without prejudice. Dkt. 24. On January 28, 2019, defendants filed a response stipulating to the dismissal. Dkt. 25.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendants have not yet served an answer or a motion for summary judgment. Accordingly, the Court construes plaintiff's motion to

MINUTE ORDER - 1

dismiss as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i), and the clerk shall close this action.

Dated this 5th day of February, 2019.

William M. McCool  
Clerk of Court

By: /s/ Paula McNabb  
Deputy Clerk

MINUTE ORDER - 2